**FILED**

November 10, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>          Plaintiff,                        )<br>v.                                                   )<br>                                                         )<br>NICHOLAS ROMAN,                 )<br>                                                         )<br>          Defendant.                    ) | Case No. 2:10CR00477-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __NICHOLAS ROMAN__, Case No. __2:10CR00477-LKK__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___ Release on Personal Recognizance

  ___ Bail Posted in the Sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)     __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __November 10, 2010__ at __2:43 pm__.

              By   /s/ Gregory G. Hollows
                 Gregory G. Hollows
                 United States Magistrate Judge

Copy 5 - Court