1 | LISA B. MEIER, SBN 218979
    809 Montgomery Street, 2nd Floor
2 | San Francisco CA 94133
    Telephone: 415/394-3800
3 | Facsimile: 415/394-3806

4 | Attorney for Defendant
    NICHOLAS ROMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR: 10-CR-00477-LKK-5 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: MODIFICATION OF TERMS OF PRETRIAL RELEASE |
| v. | |
| NICHOLAS ROMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Nicholas Roman, through his attorney, Lisa B. Meier, with the approval of United States Pretrial Officer Darryl Walker and Northern District Supervising Pretrial Services officer Richard Sarlotte, that

////

////

////

1

Special Condition of Release #13, be removed in its entirety.[1]

Special Condition of Release #13 states:

> You shall participate in the home confinement program components and abide by all the requirements of the program, which include electronic monitoring.
>
> CURFEW:  You are subject to a curfew as directed by the pretrial services officer.
>
> You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices to you by the Pretrial Services Agency and employees of the monitoring company.

Respectfully Submitted,

/S/MICHAEL ANDERSON  
MICHAEL ANDERSON  
Assistant U.S. Attorney  
Dated: May 24, 2012

/S/LISA B. MEIER  
LISA B. MEIER  
Attorney for Defendant  
NICHOLAS ROMAN  
Dated: May 24, 2012

**IT IS SO ORDERED.**

Dated: May 25, 2012.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Declaration of Counsel in Support of Stipulation and [Proposed] Order For Modification of Terms of Pretrial Release, filed herewith, which sets forth the basis for this stipulation.