PROB 35 (ED/CA)

# Report and Order Terminating Supervised Release
# Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| Nicholas Alexander Roman | ) Docket No.: 0972 2:10CR00477-005 |

On November 27, 2012, the above-named was sentenced to Supervised Release for a period of 60 months. Supervision commenced on June 5, 2016.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

for
Karen Y. Lucero
United States Probation Officer

Dated: July 8, 2019
Sacramento, California
KYL/sc

**REVIEWED BY:** **Ronnie Preap**
**Supervising United States Probation Officer**

1

Re:   Nicholas Alexander Roman
     Docket No:   0972 2:10CR00477-005
     Report and Order Terminating Supervised Release
     **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Nicholas Alexander Roman be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  July 17, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

cc:    AUSA – Michael D. Anderson
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - Nicholas Alexander Roman